# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| BRUCE ALLAN ADES | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:26-CV-0971-S-BK |
| | § | |
| SCOTT KENNETH HOMER BESSENT, | § | |
| Secretary, U.S. Department of Treasury | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, for the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court **DENIES** Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 4].

**SO ORDERED.**

SIGNED April 9, 2026.

_____
UNITED STATES DISTRICT JUDGE